B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  **Apache Energy Services, LLC**                          Case No.
                                          Debtor(s)             Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Black Gold Energy, LLC**<br>**2022 Woodland Hills Ln**<br>**Weatherford, TX 76087-7111** | **Black Gold Energy, LLC**<br>**2022 Woodland Hills Ln**<br>**Weatherford, TX 76087-7111** | **Trade debt** | | **55,860.60** |
| **Bold Production Services**<br>**10880 Alcott Drive**<br>**Houston, TX 77043** | **Bold Production Services**<br>**10880 Alcott Drive**<br>**Houston, TX 77043** | **Trade debt** | | **253,939.39** |
| **Eagle Propane & Fuels**<br>**P O Box 61777**<br>**Midland, TX 79711** | **Eagle Propane & Fuels**<br>**P O Box 61777**<br>**Midland, TX 79711** | **Trade debt** | | **49,586.12** |
| **Enterprise FM Trust**<br>**Enterprise Fleet Management**<br>**P O Box 800089**<br>**Kansas City, MO 64180** | **Enterprise FM Trust**<br>**Enterprise Fleet Management**<br>**P O Box 800089**<br>**Kansas City, MO 64180** | **Trade debt** | | **182,555.08** |
| **Fischer Bush Equipment Rentals**<br>**155 Commerce Blvd**<br>**Loveland, OH 45140** | **Fischer Bush Equipment Rentals**<br>**155 Commerce Blvd**<br>**Loveland, OH 45140** | **Trade debt** | | **82,737.50** |
| **Gator Testing Services**<br>**P O Box 10**<br>**Como, TX 75431** | **Gator Testing Services**<br>**P O Box 10**<br>**Como, TX 75431** | **Trade debt** | | **43,120.00** |
| **Hertz Equipment Rental Service Pump and Compressor Division**<br>**P O Box 650280**<br>**Dallas, TX 75265-0280** | **Hertz Equipment Rental Service Pump and Compressor Division**<br>**P O Box 650280**<br>**Dallas, TX 75265-0280** | **Trade debt** | | **157,044.24** |
| **Howard Supply Company**<br>**Dept 312**<br>**P O Box 4869**<br>**Houston, TX 77210-4869** | **Howard Supply Company**<br>**Dept 312**<br>**P O Box 4869**<br>**Houston, TX 77210-4869** | **Trade debt** | | **85,602.56** |
| **Hydro-Flo Dynamics, LLC**<br>**5805 High Mesa Drive**<br>**Justin, TX 76247** | **Hydro-Flo Dynamics, LLC**<br>**5805 High Mesa Drive**<br>**Justin, TX 76247** | **Trade debt** | | **44,500.00** |
| **LHB Energy Consultants, LLC**<br>**PO Box 724**<br>**Monahans, TX 79756-0724** | **LHB Energy Consultants, LLC**<br>**PO Box 724**<br>**Monahans, TX 79756-0724** | **Trade debt** | | **130,848.72** |

B4 (Official Form 4) (12/07) - Cont.
In re **Apache Energy Services, LLC** Case No.
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nitro-Lift Technologies, LLC<br>P O Box 678456<br>Dallas, TX 75267-8456 | Nitro-Lift Technologies, LLC<br>P O Box 678456<br>Dallas, TX 75267-8456 | Trade debt | | 162,745.00 |
| Odessa Pump & Equipment<br>P O Box 60429<br>Midland, TX 79711-0429 | Odessa Pump & Equipment<br>P O Box 60429<br>Midland, TX 79711-0429 | Trade debt | | 64,030.62 |
| OTG Services LLC<br>P O Box 209<br>Fort Stockton, TX 79735 | OTG Services LLC<br>P O Box 209<br>Fort Stockton, TX 79735 | Trade debt | | 35,000.00 |
| Production Equipment Sales & Service<br>P O Box 3162<br>Midland, TX 79702 | Production Equipment Sales & Service<br>P O Box 3162<br>Midland, TX 79702 | Trade debt | | 63,950.00 |
| Spraberry Production Services<br>P O Box 1920<br>Midland, TX 79702 | Spraberry Production Services<br>P O Box 1920<br>Midland, TX 79702 | Trade debt | | 44,479.62 |
| Sunbelt Rentals Oil & Gas Services<br>P O Box 409211<br>Atlanta, GA 30384 | Sunbelt Rentals Oil & Gas Services<br>P O Box 409211<br>Atlanta, GA 30384 | Trade debt | | 158,931.63 |
| Texas State Comptroller<br>Comptroller of Public Accounts<br>PO Box 149359<br>Austin, TX 78711-4935 | Texas State Comptroller<br>Comptroller of Public Accounts<br>PO Box 149359<br>Austin, TX 78711-4935 | | | 267,291.22 |
| Titan Test Pumps<br>P O Box 1419<br>El Campo, TX 77437 | Titan Test Pumps<br>P O Box 1419<br>El Campo, TX 77437 | Trade debt | | 134,354.32 |
| TSI Flow Products<br>P O Box 38709<br>Houston, TX 77238 | TSI Flow Products<br>P O Box 38709<br>Houston, TX 77238 | Trade debt | | 38,246.45 |
| Universal Premium Fleet Card<br>PO Box 70995<br>Charlotte, NC 28272 | Universal Premium Fleet Card<br>PO Box 70995<br>Charlotte, NC 28272 | Trade debt | | 34,352.85 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **Apache Energy Services, LLC**                          Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 18, 2015**          Signature   **/s/ Loretta R. Cross**
                                                  **Loretta R. Cross**
                                                  **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.